PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

RECEIVED
WILLIAM T. WALSH, CLE
2006 AUG 22 P 4: 5
UNITED STATES
DISTRICT COURT

Name of Offender: Christopher Parker                     Cr.: 04-00473-001

Name of Sentencing Judicial Officer: Honorable Stanley R. Chesler (Reassigned on 06/29/04 from the Honorable William F. Downes, District of Wyoming)

Date of Original Sentence: 12/21/98

Original Offense: Felon in Possession of a Firearm

Original Sentence: 60 months imprisonment; 3 years supervised release
(Violation of Supervised Release: 01/13/05; New 33 month term of Supervised Release imposed)

Type of Supervision: Supervised Release                Date Supervision Commenced: 01/06/03

Assistant U.S. Attorney: David Bocian                    Defense Attorney: Lisa Van Hoeck

### PETITIONING THE COURT



[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states ' **You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**' |

The offender has continued to void positive urine screenings, namely the tests administered on May 22, July 10, and July 31. The offender also refused a drug screen at the treatment program on August 14, 2006.

2               The offender has violated the supervision condition which states **The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance.  It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office.  The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.'**

The offender is noncompliant with his treatment schedule with SODAT outpatient treatment facility.  Specifically, he failed to call or show for treatment the week of July 24, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

By:  Shawn Marie Leakan
U.S. Probation Officer
Date:  08/16/06

THE COURT ORDERS:

[ ] The Issuance of a Summons.  Date of Hearing: .
[X] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

8/21/06
Date

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

MICHAEL A. McLEAN
SUPERVISING U.S. PROBATION OFFICER

JOHN A. SKORUPA
SUPERVISING U.S. PROBATION OFFICER

RECEIVED
August 16, 2006 WILLIAM T. WALSH, CLERK

2006 AUG 22  P 4: 52

UNITED STATES
DISTRICT COURT

**109 U.S. COURTHOUSE**
**402 EAST STATE ST.**
**TRENTON, NJ 08608**
**(609) 989-2071**
**FAX: (609) 989-2367**

Honorable Stanley R. Chesler
United States District Court Judge
United States Post Office and Courthouse
Fourth Floor, Federal Square
P.O. Box 999
Newark, New Jersey 07101-0999

                              **RE: PARKER, Christopher**
                              Report of Offender on Supervision
                              CR.No.: 04-00473-001

Dear Judge Chesler,

The above-named offender was sentenced by the Honorable William F. Downes, Chief United States District Court Judge from the District of Wyoming, on December 21, 1998, to 60 months imprisonment for his conviction of Felon in Possession of a Firearm. This term of imprisonment was to be followed by a three-year term of supervised release which commenced in the District of Wyoming on January 6, 2003.

While in Wyoming, on April 3, 2004, the offender submitted a urinalysis, which was returned positive for marijuana. Attempts by the Wyoming United States Probation Office to contact the offender to discuss the positive drug results were unsuccessful. Contact with the offender's long-term girlfriend at the time revealed that the offender had left for work on April 5, 2004, but had emptied his closet and had never returned. A warrant was issued for the offender at that time.

On June 16, 2004, the U.S. Marshal Service arrested the offender in the District of New Jersey, at the home of his estranged wife in Browns Mills, New Jersey. Transfer of Jurisdiction was initiated shortly after the arrest, and the case was assigned to Your Honor for the violation proceedings on June 29, 2004. As a condition of bail the offender was placed on home confinement electronic monitoring. He appeared before Your Honor for sentencing on the violations on January 13, 2005 and pled guilty. The original term of supervised release was revoked by the Court, and an additional 33 month term of supervised release was imposed.

Since commencing his term of supervised release in the District of New Jersey, the offender has been residing with his wife, and children in Browns Mills, NJ and has been steadily employed at various jobs. He was assessed for his drug addiction, and referred for drug treatment at SODAT in Mount Holly, NJ for weekly outpatient treatment. Initially, there was a gap in his compliance with attendance, but this was addressed by the probation officer, the offender, and his counselor and compliance was achieved.

However, on May 22, 2006, the offender voided a drug screen at SODAT which returned positive for marijuana. Upon confirmation of the drug results, Your Honor was notified at that time of the offender's relapse via a Probation Form 12A, Report on Offender Under Supervision, on June 26, 2006.

On July 11, 2006, Your Honor contacted this officer to discuss the ramifications of this offender's noncompliance with his supervision. At that time, Your Honor was advised the offender had already admitted to getting high at least one more time subsequent to the submission of the 12A. Your Honor agreed to allow the offender to remain in treatment for these two positive drug screens, but requested immediate notification of *any* continued drug abuse. (The second admitted drug screen was received. It had been collected on July 10th and confirmed positive on July 25th.)

On August 10, 2006, this officer received notification of yet another positive drug screen. This drug screen was administered by SODAT on July 31, 2006, and reported positive on August 10, 1006. This officer contacted the offender's counselor at SODAT, Pauline Cohen, who confirmed these results and also stated that the offender refused to void a drug screen on August 14, which they consider to be a positive test. In addition, she stated the offender failed to call and failed to show for treatment the week of July 24th.

The following Probation Form 12C, Petition for Warrant or Summons for Offender Under Supervision, is being forwarded to Your Honor so as to proceed formally with the violation process as it appears other options for this offender have been exhausted at this time.

Very truly yours,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Shawn Marie Leakan
    U.S. Probation Officer

/sml